# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMAS HORVATH,<br><br>    Petitioner,<br><br>  v.<br><br>MS. LITZ,<br><br>    Respondent. | Case No. EDCV 22-00689-MCS (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has filed Objections, and Respondent has filed a Reply to the Objections. The Court has reviewed <u>de novo</u> those portions of the Report and Recommendation to which Petitioner has objected. The Objections are overruled, and the Court accepts the findings and recommendations of the Magistrate Judge.

  IT IS ORDERED that: (1) the Petition is denied; and (2) Judgment shall be entered dismissing this action with prejudice.

Dated: March 30, 2023

                  _____
                    MARK C. SCARSI
                  UNITED STATES DISTRICT JUDGE