JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMAS HORVATH,<br><br>            Petitioner,<br><br>            v.<br><br>MS. LITZ,<br><br>            Respondent. | Case No. EDCV 22-00689-MCS (JEM)<br><br>**J U D G M E N T** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: March 30, 2023

                                                                          MARK C. SCARSI<br>                                                  UNITED STATES DISTRICT JUDGE